448 A.2d 1178

Holley et al. v. Wagner.

Appeal of Linda Holley.

Argued March 23, 1982. Stephen D. Converse, for appellant; J. Christian Ness, submitted a brief on behalf of appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment and order affirmed.

448 A.2d 1178

In re Estate of Brindle.

Appeal of Laird.

Argued March 23, 1982. Richard Scott Wilt, for appellant; Thomas H. Humelsine, for participating parties.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.